Official Form 5 (10/06)

| United States Bankruptcy Court<br><br>_____Northern_____ District of _____Illinois_____ | INVOLUNTARY PETITION |
|---|---|
| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br><br>Cold Transport, LLC | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.)<br><br>Cold Transport Logistics, LLC |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (If more than one, state all.): | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>1094 Johnson Drive<br>Buffalo Grove, IL 60089<br><br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Lake County    ZIP CODE | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br><br><br><br>ZIP CODE |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses) | |

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☑ Chapter 7    ☐ Chapter 11

INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts<br>(Check one box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>☑ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other   transportation/logistics |
|---|---|---|

| VENUE<br><br>☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | FILING FEE (Check one box)<br><br>☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |
|---|---|

PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER
OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor<br>Barry Gordon Isaacson | Case Number<br>05-26213 | Date<br>June 30, 2005 |
|---|---|---|
| Relationship<br>Principal/Member of Cold Transport | District<br>Northern | Judge<br>Benjamin Goldgar |

| ALLEGATIONS<br>(Check applicable boxes)<br><br>1. ☑ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).<br>2. ☐ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>   or<br>  b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | COURT USE ONLY |
|---|---|

Official Form 5 (10/06) – Cont.

Name of Debtor: **Cold Transport, LLC**
Case No._____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _/s/_____
Signature of Petitioner or Representative (State title)
Bryn Perna
Name of Petitioner                    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Cole Taylor Bank
9550 W. Higgins, Ste. 800
Rosemont, IL 60018

x   William S. Schwartz & Richard S. Lauter
Signature of Attorney                 Date
Levenfeld Pearlstein, LLC
Name of Attorney Firm (If any)
2 N. LaSalle St., Ste. 1300
Address
Chicago, IL 60602
Telephone No.
312.346.8380

---

x _____
Signature of Petitioner or Representative (State title)

Name of Petitioner                    Date Signed
Chevy Chase, LP
c/o Schirott & Luetkehans, PC
105 E. Irving Park Road
Itasca, IL 60143

x   Bruce Garner
Signature of Attorney                 Date
Schirott & Luetkehans, PC
Name of Attorney Firm (If any)
105 E. Irving Park Road
Address
Itasca, IL 60143
Telephone No.
630-760-4602

---

x _____
Signature of Petitioner or Representative (State title)

Name of Petitioner                    Date Signed
Robert W. Smith
3412 17th Ave.
Forest Grove, OR 97116

x _____
Signature of Attorney                 Date
Name of Attorney Firm (If any)
Address
Telephone No.

---

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Cole Taylor Bank 9550 W. Higgins Rd, Ste. 800, Rosemont, IL 60018 | Monies loaned | $2,778,702.00 |
| Chevy Chase, LP c/o Bruce Garner; Schirott & Luetkehans, PC 105 E. Irving Park Road, Itasca, IL 60143 | Lease | |
| Robert W. Smith | Trucking Services | $12,389.65 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | |

continuation sheets attached

**Official Form 5 (10/06) – Cont.**

Name of Debtor: Cold Transport, LLC
Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x_____<br>Signature of Petitioner or Representative (State title)<br>Bryn Perna<br>Name of Petitioner                Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity:<br>Cole Taylor Bank<br>9550 W. Higgins, Ste. 800<br>Rosemont, IL 60018 | x  William S. Schwartz & Richard S. Lauter<br>Signature of Attorney              Date<br>Levenfeld Pearlstein, LLC<br>Name of Attorney Firm (If any)<br>2 N. LaSalle St., Ste. 1300<br>Address<br>Chicago, IL 60602<br>Telephone No.<br>312.346.8380 |
| x_____<br>Signature of Petitioner or Representative (State title)<br>Name of Petitioner                Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity:<br>Chevy Chase, LP<br>c/o Schirott & Luetkehans, PC<br>105 E. Irving Park Road<br>Itasca, IL 60143 | x  Bruce Garner<br>Signature of Attorney              Date<br>Schirott & Luetkehans, PC<br>Name of Attorney Firm (If any)<br>105 E. Irving Park Road<br>Address<br>Itasca, IL 60143<br>Telephone No.<br>630-760-4602 |
| x  /s/ Robert W. Smith<br>Signature of Petitioner or Representative (State title)<br>Robert W. Smith    12-6-06<br>Name of Petitioner                Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity:<br>Robert W. Smith<br>3412 17th Ave.<br>Forest Grove, OR 97116 | x_____<br>Signature of Attorney              Date<br><br>Name of Attorney Firm (If any)<br><br>Address<br><br>Telephone No. |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Cole Taylor Bank<br>9550 W. Higgins Rd, Ste. 800, Rosemont, IL 60018 | Monies loaned | $2,778,702.00 |
| Chevy Chase, LP c/o Bruce Garner; Schirott & Luetkehans, PC<br>105 E. Irving Park Road, Itasca, IL 60143 | Lease | |
| Robert W. Smith | Trucking Services | $12,389.65 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | |

continuation sheets attached

CONTINUATION SHEET
FOR OFFICIAL FORM 5(10/06)

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information and belief.

X _Swallows_
Signature of Petitioner or Representative (State Title)

Name & Mailing Address of Individual Signing in Representative Capacity:
Swallow Logistics
1211 Corey Dr.
Whitehouse, TX 75791

X _____
Signature of Attorney

Name of Attorney Firm (if any) _____

Address _____

Telephone No. _____

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner: | Nature of Claim: | Amount Claimed: |
| Swallow Logistics<br>1211 Corey Dr.<br>Whitehouse, TX 75791 | Trucking Services | $99,640.00 |

LP 1161415.1 \ 10513-61864